IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LEO LLOYD,<br><br>        Defendant. | CRIMINAL ACTION<br><br>No. 07-195 |

**ORDER**

**AND NOW**, this 7th day of June, 2010, upon consideration of defendant's Motion to Vacate, Set Aside, or Correct Sentence (docket no. 35) and the government's response thereto, it is hereby **ORDERED** that defendant's motion is **DENIED**.

BY THE COURT:

/s/Louis H. Pollak
Pollak, J.